UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-23382-CIV-MORENO

ESTRELLA INSURANCE, INC., a Florida corporation,

    Plaintiff,

vs.

BEST.NET.ADVERTISING, INC., and AUTO-INSURANCEQUOTES, INC.,

    Defendants.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Response to Order to Show Cause (D.E. No. 5), filed on January 9, 2015.

THE COURT has considered the response, the pertinent portions of the record, and the last recorded date of various proceedings. On January 5, 2015, the Court issued an Order to Show Cause why the complaint in this case was not served in compliance with Federal Rule of Civil Procedure 4(m). On January 9, 2015, Plaintiff responded to the show cause order, indicating that "[a]s a result of the lack of a relationship between the Plaintiff and Defendants, the Plaintiff is not aware of any location where the Defendants may be severed [sic]." As part of the response, Plaintiff seeks an extension of time to serve the Defendants.

As of the date of this Order, Plaintiff has failed to docket a return of service. It appears that Plaintiff filed the complaint on September 12, 2014, and service of the summons and complaint has not been executed as of the date of this order. Accordingly, it is

**ADJUDGED** that Plaintiff's request for an extension of time to serve Defendants is DENIED. Plaintiff has failed to demonstrate good cause as to why the Summons and Complaint have not been served. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice for failure to serve the complaint in compliance with Federal Rule of Civil Procedure 4(m). The Clerk of Court shall mark this case as CLOSED and DENY all pending motions as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of January, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record